# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.  6:21-cv-00579-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

Pursuant to the Order Governing Proceedings—Patent Case, Plaintiff Scramoge Technology Limited and Defendant Apple Inc. respectfully request that the Court enter the agreed Scheduling Order, attached hereto as Exhibit A, in the above-captioned case.

| | |
|---|---|
| Dated:  September 27, 2021 | Respectfully submitted, |
| By: */s/Alton L. Absher IIII* | By: */s/ Reza Mirzaie* |
| **KELLY HART & HALLMAN LLP** <br> J. Stephen Ravel TX State Bar No. 16584975 <br> 303 Colorado St., Suite 2000 <br> Austin, TX 78701-0022 <br> Telephone: (512) 495-6429 <br> Facsimile:(512) 495-6401 <br> Email: steve.ravel@kellyhart.com <br><br> **KILPATRICK TOWNSEND & STOCKTON LLP** <br> Steven D. Moore (CA Bar No. 290875) <br> Rishi Gupta (CA Bar No. 313079) <br> Two Embarcadero Center, Suite 1900 <br> San Francisco, CA  94111 <br> Telephone:  (415) 576-0200 <br> Facsimile:   (415) 576-0300 <br> Email: smoore@kilpatricktownsend.com | Reza Mirzaie (CA SBN 246953) <br> rmirzaie@raklaw.com <br> Brett E. Cooper (NY SBN 4011011) <br> bcooper@raklaw.com <br> Marc A. Fenster (CA SBN 181067) <br> mfenster@raklaw.com <br> Brian D. Ledahl (CA SBN 186579) <br> bledahl@raklaw.com <br> Seth Hasenour (TX SBN 24059910) <br> shasenour@raklaw.com <br> James A. Milkey (CA SBN 281213) <br> jmilkey@raklaw.com <br> Drew B. Hollander (NY SBN 5378096) <br> dhollander@raklaw.com <br> Christian W. Conkle (CA SBN 306374) <br> cconkle@raklaw.com <br> Jonathan Ma (CA SBN 312773) |

Email: rgupta@kilpatricktownsend.com

Alton L. Absher III (NC Bar No. 36579)
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
Email: aabsher@kilpatricktownsend.com

Mansi H. Shah (CA Bar No. 244669)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
Email: mansi.shah@kilpatricktownsend.com

Amanda N. Brouillette (State Bar No. 880528)
Suite 2800
1100 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: abrouillette@kilpatricktownsend.com

Christopher P. Schaffer (CA Bar No. 297558)
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: (858) 350-6100
Facsimile: (858) 350-6111
Email: cschaffer@kilpatricktownsend.com

Kasey E. Koballa (NC Bar No. 53766)
4208 Six Forks Road
Raleigh, NC 27609
Telephone: (919) 420-1700
Facsimile: (919) 420-1800
Email: kkoballa@kilpatricktownsend.com
*Attorneys for Defendant Apple Inc.*

jma@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff Scramoge Technology Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document is being served through CM/ECF on September 27, 2021.

>                              */s/ Reza Mirzaie*
>                              Reza Mirzaie