**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Civil Action No. 6:21-cv-00579-ADA |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Andrew W. Rinehart, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Apple Inc. ("Apple") in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm Kilpatrick Townsend & Stockton LLP with offices at:

   1001 West Fourth Street
   Winston-Salem, NC 27101
   Telephone: (336) 607-7312
   Facsimile: (336) 734-2755
   Email:  arinehart@kilpatricktownsend.com

2. Since August 28, 2013, applicant has been and presently is a member of and in good standing with the Bar of the State of North Carolina. Applicant's bar license number is 46,356.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| U.S.D.C., Middle District of North Carolina | 2013 |
| U.S.D.C., Eastern District of North Carolina | 2014 |
| U.S.D.C., Eastern District of Texas | 2017 |
| U.S. Court of Appeals, Fourth Circuit | 2014 |
| U.S. Court of Appeals, Federal Circuit | 2017 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):  N/A.

5. I have previously applied and appeared Pro Hac Vice in this district court in Case: Number: 6:21-cv-01071-ADA on the 17th day of December, 2021.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided: N/A.

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses): N/A.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

    J. Stephen Ravel
    State Bar No. 16584975
    KELLY HART & HALLMAN LLP
    303 Colorado Street, Suite 2000
    Austin, Texas 78701
    (512) 495-6429
    Email: steve.ravel@kellyhart.com

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Andrew W. Rinehart to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Andrew W. Rinehart

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this 20 day of December, 2021.

Andrew W. Rinehart