UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 6:21-cv-00579-ADA <br><br> **JURY TRIAL DEMANDED** |

### JOINT STIPULATION OF DISMISSAL OF CERTAIN ASSERTED PATENT

Plaintiff Scramoge Technology Ltd. ("Scramoge") and Defendant Apple Inc. ("Apple") hereby stipulate and agree as follows:

WHEREAS on June 7, 2021, Scramoge initiated the above-referenced matter alleging certain Apple products infringe, *inter alia*, U.S. Patent No. 10,424,941 ("the '941 Patent");

WHEREAS on September 14, 2021, Apple filed an Answer (Dkt. No. 31) raising defenses of, *inter alia*, non-infringement and invalidity of the '941 Patent;

WHEREAS on October 29, 2021, Apple filed petition for *Inter Partes* Review IPR2022-00119 challenging claims 1-7 of the '941 Patent; and

WHEREAS Scramoge and Apple have resolved their respective claims as to the '941 Patent.

NOW, THEREFORE, in consideration thereof and of the mutual agreements, provisions and covenants contained herein, and for other good and valuable consideration, the receipt and sufficiency whereof are hereby acknowledged, the Parties HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.  Count V of the Amended Complaint (Dkt. No. 12) alleging infringement of the '941 Patent is dismissed with prejudice; and

2.  All attorneys' fees, costs of court, and expenses related to Count V of the Amended Complaint shall be borne by each party incurring same.

Dated: January 10, 2021

| | |
|---|---|
| /s/ Reza Mirzaie | /s/ Alton L. Absher III |
| Reza Mirzaie (CA SBN 246953) | J. Stephen Ravel |
| rmirzaie@raklaw.com | Texas State Bar No. 16584975 |
| Marc A. Fenster (CA SBN 181067) | **KELLY HART & HALLMAN LLP** |
| mfenster@raklaw.com | 303 Colorado, Suite 2000 |
| Brett E. Cooper (NY SBN SBN 4011011) | Austin, Texas 78701 |
| bcooper@raklaw.com | Tel: (512) 495-6429 |
| Brian D. Ledahl (CA SBN 186579) | Email: steve.ravel@kellyhart.com |
| bledahl@raklaw.com | |
| Seth Hasenour (TX SBN 24059910) | Steven D. Moore (admitted in W.D. Tex.) |
| shasenour@raklaw.com | Rishi Gupta (admitted *pro hac vice*) |
| James A. Milkey (CA SBN 281213) | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| jmilkey@raklaw.com | Two Embarcadero Center Suite 1900 |
| Drew B. Hollander (NY SBN 5378096) | San Francisco, CA USA 94111 |
| dhollander@raklaw.com | Tel: (415) 576-0200 |
| Christian W. Conkle (CA SBN 306374) | Fax: (415) 576-0300 |
| cconkle@raklaw.com | Email: smoore@kilpatricktownsend.com |
| Jonathan Ma (CA SBN 312773) | Email: rgupta@kilpatricktownsend.com |
| jma@raklaw.com | |
| | Alton L. Absher III (admitted in W.D. Tex.) |
| RUSS AUGUST & KABAT | Andrew W. Rinehart (admitted *pro hac vice*) |
| 12424 Wilshire Blvd. 12th Floor | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| Los Angeles, CA 90025 | 1001 West Fourth Street |
| Phone: (310) 826-7474 | Winston-Salem, NC 27101-2400 |
| Facsimile: (310) 826-6991 | Tel: (336) 607-7300 |
| | Fax: (336) 607-7500 |
| ***Attorneys for Plaintiff Scramoge Technology Limited*** | Email: aabsher@kilpatricktownsend.com |
| | Email: arinehart@kilpatricktownsend.com |
| | |
| | Mansi H. Shah (admitted *pro hac vice*) |
| | **KILPATRICK TOWNSEND & STOCKTON LLP** |
| | 1080 Marsh Road |
| | Menlo Park, CA 94025 |
| | Tel: (650)752-2445 |
| | Fax: (650) 618-8641 |
| | Email: mansi.shah@kilpatricktownsend.com |

Amanda N. Brouillette (admitted *pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Tel: (404) 685-6775
Fax: (404) 541-3335
Email:  abrouillette@kilpatricktownsend.com

Kasey E. Koballa (admitted *pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
4208 Six Forks Road Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1712
Fax: (202).315-3024
Email:  kkoballa@kilpatricktownsend.com

Christopher P. Schaffer (admitted *pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
12255 El Camino Real, Suite 250
San Diego, CA 92130
Tel: (858) 350-6161
Fax: (858) 408-3428
Email:  cschaffer@kilpatricktownsend.com

***Attorneys for Apple Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was electronically filed with the CM/ECF system per LR 5, and that all interested parties are being served with a true and correct copy of these documents via the CM/ECF system.

/s/ Reza Mirzaie
Reza Mirzaie