IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SCRAMOGE TECHNOLOGY LTD.,<br>*Plaintiff,*<br><br>v.<br><br>GOOGLE LLC,<br>*Defendant.* | § § § § § § § § § § | CIVIL NO. 6:21-CV-00616-ADA |
| SCRAMOGE TECHNOLOGY LTD.,<br>*Plaintiff,*<br><br>v.<br><br>APPLE INC.,<br>*Defendant.* | § § § § § § § § § § | CIVIL NO. 6:21-CV-00579-ADA |
| SCRAMOGE TECHNOLOGY LTD.,<br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.<br>and SAMSUNG ELECTRONICS<br>AMERICA, INC.,<br>*Defendants.* | § § § § § § § § § § § | CIVIL NO. 6:21-CV-00545-ADA |

## SCHEDULING ORDER

The Court **ORDERS** the following deadlines in the above-captioned cases.

| Date | Event |
|---|---|
| March 8, 2022 | Fact discovery opens; deadline to serve initial disclosurse. |
| May 23, 2022 | Markman hearing at 9:00 am |
| June 14, 2022 | Deadline to serve final infringement and invalidity contentions. After this date, leave of Court is required. This deadline does not relieve the |

|  | Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
|---|---|

SIGNED this 11th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE