**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LTD., | |
| Plaintiff, | Case No.  6:21-cv-00454-ADA |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |
| SCRAMOGE TECHNOLOGY LTD., | |
| Plaintiff, | Case No. 6:21-cv-00579-ADA |
| v. | |
| APPLE INC., | |
| Defendant. | |
| SCRAMOGE TECHNOLOGY LTD., | |
| Plaintiff, | Case No. 6:21-cv-00616-ADA |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

**NOTICE OF AGREED EXTENSION OF DEADLINE TO**
**SUBMIT TECHNICAL TUTORIALS**

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change

Deadlines, Plaintiff Scramoge Technology Ltd. and Defendants Samsung Electronics Co., Ltd.,

Samsung Electronics America, Inc., Apple Inc., and Google LLC (collectively, the "Parties") file this notice of agreed extension.  According to the Scheduling Orders issued in the above referenced actions, the deadline for the Parties to submit optional technical tutorials to the Court is February 28, 2022.  *See, e.g.*, No. 6:21-cv-00579-ADA, Dkt. No. 33.  However, the Court has re-scheduled the *Markman* Hearing for May 23, 2022.  *Id.*, Dkt. No. 56.  In light of the new date for the *Markman* Hearing, the Parties believe there is good cause to extend the deadline to submit optional technical tutorials to May 2, 2022—which is 3 weeks prior to the *Markman* Hearing.

Dated: February 25, 2022                    Respectfully submitted,

                                            /s/Reza Mirzaie

                                            Reza Mirzaie (CA SBN 246953)
                                            rmirzaie@raklaw.com
                                            Brett E. Cooper (NY SBN 4011011)
                                            bcooper@raklaw.com
                                            Marc A. Fenster (CA SBN 181067)
                                            mfenster@raklaw.com
                                            Seth Hasenour (TX SBN 24059910)
                                            shasenour@raklaw.com
                                            Drew B. Hollander (NY SBN 5378096)
                                            dhollander@raklaw.com
                                            Christian W. Conkle (CA SBN 306374)
                                            cconkle@raklaw.com
                                            RUSS AUGUST & KABAT
                                            12424 Wilshire Blvd. 12th Floor
                                            Los Angeles, CA 90025
                                            Phone: (310) 826-7474
                                            Facsimile: (310) 826-6991

                                            *Attorneys for Plaintiff Scramoge Technology Limited*

2

3

## CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record for Defendants on February 25, via electronic service.

/s/    *Drew Hollander*
Drew B. Hollander