# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LIMITED,<br><br>              Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>              Defendant. | Civil Action No. 6:21-cv-00579-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF UNOPPOSED EXTENSION OF DEADLINE

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Defendant Apple Inc. ("Apple") files this notice of agreed extension. Currently, Apple's deadline to file a reply to Scramoge Technology Ltd.'s ("Scramoge") Sealed Response in Opposition to Apple's Motion to Transfer Venue to the Northern District of California pursuant to 28 U.S.C. § 1404(a) (DE 67) is April 5, 2022.

The Parties agreed that the deadline for Apple to file a reply to Scramoge's Sealed Response is extended through and including April 13, 2022.

Dated: April 1, 2022

Steven D. Moore (admitted in W.D. Tex.)
Rishi Gupta (*pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
Two Embarcadero Center Suite 1900
San Francisco, CA USA 94111
Tel: (415) 576-0200
Fax: (415) 576-0300
Email: smoore@kilpatricktownsend.com
Email: rgupta@kilpatricktownsend.com

Alton L. Absher III (admitted in W.D. Tex.)
Andrew W. Rinehart (*pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Tel: (336) 607-7300
Fax: (336) 607-7500
Email: aabsher@kilpatricktownsend.com
Email: arinehart@kilpatricktownsend.com

Mansi H. Shah (*pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1080 Marsh Road
Menlo Park, CA 94025
Tel: (650)752-2445
Fax: (650) 618-8641
Email: mansi.shah@kilpatricktownsend.com

Amanda N. Brouillette (*pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Tel: (404) 685-6775
Fax: (404) 541-3335
Email: abrouillette@kilpatricktownsend.com

Kasey E. Koballa (*pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
4208 Six Forks Road Suite 1400
Raleigh, NC 27609
Tel: (919) 420-1712
Fax: (202).315-3024
Email: kkoballa@kilpatricktownsend.com

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

*Attorneys for Apple Inc.*

Christopher P. Schaffer (*pro hac vice*)
**KILPATRICK TOWNSEND & STOCKTON LLP**
12255 El Camino Real, Suite 250
San Diego, CA 92130
Tel: (858) 350-6161
Fax: (858) 408-3428
Email:  cschaffer@kilpatricktownsend.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on April 1, 2022.

*/s/ J. Stephen Ravel*
J. Stephen Ravel
