**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SCRAMOGE TECHNOLOGY LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>    Defendants. | Case No. 6:21-cv-00454-ADA |
| SCRAMOGE TECHNOLOGY LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 6:21-cv-00579-ADA |
| SCRAMOGE TECHNOLOGY LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br>    Defendant. | Case No. 6:21-cv-00616-ADA |

**JOINT CLAIM CONSTRUCTION STATEMENT**

**I.**     **Undisputed Constructions**

The parties do not have any undisputed constructions.

## II. Disputed Constructions

| # | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 1 | "[arranged/provided] on"<br>'215 Patent, Claims 1, 9, 13 and 19<br>(Proposed by all Defendants)<br><br>'370 Patent, Claims 1 and 9<br>(Proposed by Samsung and Google) | Plain and ordinary meaning | in contact with directly or indirectly through an adhesive |
| 2 | "a [first/second] surface of the plurality of soft magnetic layers"<br>'215 Patent, Claims 1 and 13<br>(Proposed by all Defendants) | Plain and ordinary meaning | a [first/second] surface of more than one of the soft magnetic layers |
| 3 | "the [first/second] polymeric material layer includes a [first/second] extending portion extending longer than the plurality of soft magnetic layer / the [first/second] polymeric material layer comprises a [first/second] extending portion extending longer than the plurality of soft magnetic layers"<br>'215 Patent, Claims 1 and 13<br>(Proposed by Google) | Plain and ordinary meaning | Indefinite |
| 4 | "a [first/second] magnetic sheet"<br>'962 Patent, Claims 1, 7, 9, and 18<br>(Proposed by all Defendants) | Plain and ordinary meaning | a [first/second] continuous planar magnetic material |

| # | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 5 | "wherein a height of a highest position of the second magnetic sheet from the substrate is higher than a height of a lowest position of the receiving coil from the substrate"<br>'962 Patent, Claims 1 and 18<br>(Proposed by all Defendants) | Plain and ordinary meaning | wherein the highest point of the second magnetic sheet from the substrate in between adjacent receiving coil portions is higher than the lowest point of the receiving coil from the substrate at the adjacent receiving coil portions |
| 6 | "a second polymeric film provided on the plurality of soft magnetic layers"<br>'370 Patent, Claim 1<br>(Proposed by Samsung and Google) | Plain and ordinary meaning | a second polymeric film in contact with more than one of the soft magnetic layers |
| 7 | "plurality of soft magnetic layers provided on the first adhesive layer"<br>'370 Patent, Claim 1<br>(Proposed by Samsung and Google) | Plain and ordinary meaning | more than one soft magnetic layer in contact with the first adhesive layer |
| 8 | "the [first/second] polymer film includes a [first/second] extending portion that extends further than the plurality of soft magnetic layers"<br>'370 Patent, Claim 1<br>(Proposed by Google) | Plain and ordinary meaning | Indefinite |

| # | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 9 | "a [first/second] extending adhesive portion that extends further outward than the side portion of the plurality of soft magnetic layers, and a portion of the [first/second] extending adhesive portion is provided in the connected area"<br>'370 Patent, Claims 12 and 15<br>(Proposed by Google) | Plain and ordinary meaning | Indefinite |
| 10 | "receiving space"<br>'740 Patent, Claims 1-3, 6, 7, and 8<br>(Proposed by Google)<br>'740 Patent, Claims 6, 7, and 16<br>(Proposed by Apple)<br>'565 Patent, Claims 1 and 12<br>(Proposed by Apple) | Plain and ordinary meaning | empty space for the connecting unit extending from one surface of the substrate to an opposing surface of the substrate |
| 11 | "overlaps the receiving space in a [second] direction parallel to the upper surface of the substrate"<br>'565 Patent, Claims [1], 12<br>(Proposed by Apple) | Plain and ordinary meaning | Indefinite |

4

| # | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 12 | "a first region in which at least one of the first layer and the second layer overlaps the wireless power receiving coil in a vertical direction perpendicular to an upper surface of the shielding unit"<br>'842 Patent, Claims 1 and 19<br>(Proposed by Apple) | Plain and ordinary meaning | Indefinite |
| 13 | "reception space in a predetermined area"<br>'842 Patent, Claim 15<br>(Proposed by Apple) | Plain and ordinary meaning | a cavity shaped to allow a wireless charging circuit to be inserted through an opening and into the cavity |
| 14 | "disposed as a 2x2 matrix"<br>'476 Patent, Claim 1<br>(Proposed by Scramoge and Samsung) | arranged such that there are two rows and columns | arranged such that there are two orthogonal rows and columns |
| 15 | "disposed under the second coil pattern"<br>'476 Patent, Claims 2, 3, 4<br>(Proposed by Samsung) | Plain and ordinary meaning | Indefinite |
| 16 | "disposed at an inner side of the first magnetic sheet member"<br>'482 Patent, Claim 1<br>(Proposed by Samsung) | Plain and ordinary meaning | located such that the first magnetic sheet surrounds the second magnetic sheet |

Dated: May 2, 2022							Respectfully submitted,

							*/s/Brett E. Cooper*

							Reza Mirzaie (CA SBN 246953)
							rmirzaie@raklaw.com
							Marc A. Fenster (CA SBN 181067)
							mfenster@raklaw.com
							Brett E. Cooper (NY SBN SBN 4011011)
							bcooper@raklaw.com
							Brian D. Ledahl (CA SBN 186579)
							bledahl@raklaw.com
							Seth Hasenour (TX SBN 24059910)
							shasenour@raklaw.com
							James A. Milkey (CA SBN 281213)
							jmilkey@raklaw.com
							Drew B. Hollander (NY SBN 5378096)
							dhollander@raklaw.com
							Christian W. Conkle (CA SBN 306374)
							cconkle@raklaw.com
							Jonathan Ma (CA SBN 312773)
							jma@raklaw.com
							RUSS AUGUST & KABAT
							12424 Wilshire Blvd. 12th Floor
							Los Angeles, CA 90025
							Phone: (310) 826-7474
							Facsimile: (310) 826-6991


							***Counsel for Plaintiff Scramoge Technology Limited***

DATED:  May 2, 2022                             Respectfully submitted,

By:  */s/ John Kappos*
Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Nicholas J. Whilt (admitted *Pro Hac Vice*)
nwhilt@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

John C. Kappos (admitted *Pro Hac Vice*)
jkappos@omm.com
Cameron W. Westin (admitted *Pro Hac Vice*)
cwestin@omm.com
Bo Moon (admitted *Pro Hac Vice*)
bmoon@omm.com
Andrew S. Bledsoe (admitted *Pro Hac Vice*)
abledsoe@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: 949-823-6900
Facsimile: 949-823-6994

Timothy S. Durst (Tex. Bar. No. 786924)
tdurst@omm.com
Jeffery D. Baxter
jbaxter@omm.com (admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
Telephone: 972-360-1900
Facsimile: 972-360-1901

Melissa Richard Smith
GILLAM AND SMITH LLP (Tex. Bar No. 24001351)
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

***Counsel for Samsung Electronics, Co., Ltd. and Samsung Electronics America, Inc.***

3

*/s/ Alton Absher III*
J. Stephen Ravel TX State Bar No. 16584975
303 Colorado St Ste 2000
Austin, TX 78701-0022
Telephone: (512) 495-6429
Facsimile:(512) 495-6401
Email: steve.ravel@kellyhart.com

Steven D. Moore (*admitted in W.D. Tex.*)
Rishi Gupta (*admitted pro hac vice*)
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:   (415) 576-0200
Facsimile:    (415) 576-0300
Email: smoore@kilpatricktownsend.com
Email: rgupta@kilpatricktownsend.com

Alton L. Absher III (*admitted in W.D. Tex.*)
Andrew W. Rinehart (*admitted pro hac vice*)
1001 West Fourth Street
Winston-Salem, NC  27101
Telephone:   (336) 607-7300
Facsimile:    (336) 607-7500
Email: aabsher@kilpatricktownsend.com

Mansi H. Shah (*admitted pro hac vice*)
1080 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 326-2400
Facsimile:    (650) 326-2422
Email: mansi.shah@kilpatricktownsend.com

Amanda N. Brouillette (*admitted pro hac vice*)
Suite 2800
1100 Peachtree Street NE
Atlanta , GA 30309-4528
Telephone:   (404) 815-6500
Facsimile:    (404) 815-6555
Email: abrouillette@kilpatricktownsend.com

Kasey E. Koballa (*admitted pro hac vice*)
4208 Six Forks Road
Raleigh, NC  27609
Telephone:   (919) 420-1700
Facsimile:    (919) 420-1800
Email: kkoballa@kilpatricktownsend.com

Christopher P. Schaffer (*admitted pro hac vice*)
Suite 250
12255 El Camino Real
San Diego, CA, 92130
Telephone:   (858) 350-6100
Facsimile:    (858) 350-6111
Email: cschaffer@kilpatricktownsend.com

*Counsel for Defendant Apple Inc.*

/s/*Bijal V. Vakil*

J. Mark Mann
State Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
blake@themannfirm.com
MANN | TINDEL | THOMPSON
201 E. Howard St.
Henderson, Texas 75654
(903) 657-8540
(903) 657-6003 (fax)

Bijal V. Vakil (CA Bar No. 192878)
(*admitted to the Western District of Texas*)
Allen & Overy LLP
530 Lytton Ave 2nd Floor
Palo Alto, CA 94301
Telephone: (650) 388-1650
Email: googlescramoge@allenovery.com

Shamita Etienne Cummings (CA Bar No. 202090)
(*admitted to the Western District of Texas*)
Allen & Overy LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 683-3800
Email: googlescramoge@allenovery.com

*Counsel for Defendant Google LLC.*

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on May 2, 2022 with a copy of this document via the Court's ECF system.

                                          */s/Drew B. Hollander*
                                          Drew B. Hollander