# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:21−cv−00579−ADA

| | |
|---|---|
| Scramoge Technology Limited v. Apple Inc. | Date Filed: 06/07/2021 |
| Assigned to: Judge Alan D Albright | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Scramoge Technology Limited** | represented by | **Drew B Hollander** |
| | | Russ August & Kabat |
| | | 12424 Wilshire Blvd, 12th Floor |
| | | Los Angeles, CA 90025 |
| | | (310)826−7474 |
| | | Fax: (310)826−6991 |
| | | Email: dhollander@raklaw.com |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Seth Raymond Hasenour** |
| | | Russ August & Kabat |
| | | 12424 Wilshire Blvd, 12th Floor |
| | | Los Angeles, CA 90025 |
| | | (310) 826−7474 |
| | | Fax: (310) 826−6991 |
| | | Email: shasenour@raklaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Brett E Cooper** |
| | | Russ August & Kabat |
| | | 12424 Wilshire Blvd, 12th Floor |
| | | Los Angeles, CA 90025 |
| | | (310)826−7474 |
| | | Fax: (310)826−6991 |
| | | Email: bcooper@raklaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Brian D. Ledahl** |
| | | Russ August & Kabat |
| | | 12424 Wilshire Blvd., 12th Floor |
| | | Los Angeles, CA 90025 |
| | | 310−826−7474 |
| | | Fax: 310−826−6991 |
| | | Email: bledahl@raklaw.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Christian W. Conkle** |
| | | Russ August & Kabat |
| | | 12424 Wilshire Boulevard, 12th Floor |

Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: cconkle@raklaw.com
*ATTORNEY TO BE NOTICED*

**James Milkey**
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: jmilkey@raklaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan Ma**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: jma@raklaw.com
*ATTORNEY TO BE NOTICED*

**Marc A. Fenster**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
(310) 826–7474
Fax: (310) 826–6991
Email: mafenster@raklaw.com
*ATTORNEY TO BE NOTICED*

**Reza Mirzaie**
Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
310–826–7474
Fax: 310–826–6991
Email: rmirzaie@raklaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apple Inc.** represented by **Alton L. Absher , III**
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston–Salem, NC 27101
(336) 607–7307
Fax: (336) 734–2755
Email: aabsher@kilpatricktownsend.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda N. Brouillette**
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
(404) 815−6500
Fax: (404) 815−6555
Email: abrouillette@kilpatricktownsend.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew W. Rinehart**
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston−Salem, NC 27101
(336) 607−7312
Fax: (336) 734−2755
Email: arinehart@kilpatricktownsend.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Stephen Ravel**
Kelly Hart & Hallman LLP
303 Colorado Street
Suite 2000
Austin, TX 78701
(512)495−6429
Fax: 512/495−6610
Email: steve.ravel@kellyhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kasey Koballa**
Kilpatrick Townsend & Stockton LLP
4208 Six Forks Road Suite 1400
Raleigh, NC 27609
(919) 420−1712
Fax: (202) 315−3024
Email: kkoballa@kilpatricktownsend.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Ransom**
Kelly Hat Hallman LLP
303 Colorado, Suite 2000
Austin, TX 78701
(512) 495−6429
Email: kelly.ransom@kellyhart.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mansi H. Shah**

Kilpatrick Townsend & Stockton LLP
1302 El Camino Real, Suite 175
Menlo Park, CA 94025
(650) 752–2445
Fax: (650) 618–8641
Email: mhshah@kilpatricktownsend.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rishi Gupta**
Kilpatrick Townsend & Stockton LLP
Two Embaradero Center, Suite 1900
San Francisco, CA 94111
(415) 576–0200
Fax: (415) 576–0300
Email: rgupta@kilpatricktownsend.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher P. Schaffer**
Kilpatrick Townsend & Stockton LLP
12255 El Camino Real Suite 250
San Diego, CA 92130
(858) 350–6161
Fax: (858) 408–3428
Email: cschaffer@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

**Steven D. Moore**
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111
(415) 273–4741
Fax: (415) 651–8510
Email: smoore@kilpatricktownsend.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2021 | Ï 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542–14885334), filed by Scramoge Technology Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Civil Cover Sheet)(Mirzaie, Reza) (Entered: 06/07/2021) |
| 06/07/2021 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Mirzaie, Reza) (Entered: 06/07/2021) |
| 06/07/2021 | Ï 3 | NOTICE *of Related Case* by Scramoge Technology Limited (Mirzaie, Reza) (Entered: 06/07/2021) |
| 06/07/2021 | Ï 4 | RULE 7 DISCLOSURE STATEMENT filed by Scramoge Technology Limited. (Mirzaie, Reza) (Entered: 06/07/2021) |
| 06/07/2021 | Ï 5 | REQUEST FOR ISSUANCE OF SUMMONS by Scramoge Technology Limited. (Mirzaie, Reza) (Entered: 06/07/2021) |

| | | |
|---|---|---|
| 06/07/2021 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lad) (Entered: 06/08/2021) |
| 06/08/2021 | Ï | All parties shall comply with the Standing Orders located at https://www.txwd.uscourts.gov/judges−information/standing−orders/. (lad) (Entered: 06/08/2021) |
| 06/08/2021 | Ï 6 | Pro Hac Vice Letter to Brett E. Cooper. (lad) (Entered: 06/08/2021) |
| 06/08/2021 | Ï 7 | Summons Issued as to Apple Inc.. (lad) (Entered: 06/08/2021) |
| 06/11/2021 | Ï 8 | SUMMONS Returned Executed by Scramoge Technology Limited. Apple Inc. served on 6/9/2021, answer due 6/30/2021. (Mirzaie, Reza) (Entered: 06/11/2021) |
| 06/14/2021 | Ï 9 | NOTICE of Attorney Appearance by J. Stephen Ravel on behalf of Apple Inc.. Attorney J. Stephen Ravel added to party Apple Inc.(pty:dft) (Ravel, J.) (Entered: 06/14/2021) |
| 06/14/2021 | Ï 10 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 06/14/2021) |
| 06/15/2021 | Ï | Text Order GRANTING 10 Motion for Extension of Time to Answer entered by Judge Alan D Albright. This Court, after considering Defendant Apple Inc.s Unopposed Motion for Extension of Time to Respond to Plaintiffs Complaint for Patent Infringement (Unopposed Motion), is of the opinion that the Unopposed Motion should be granted. It is therefore ORDERED that Defendant Apple Inc.s Unopposed Motion is GRANTED, and Defendants deadline to file a response to Plaintiffs Complaint for Patent Infringement is hereby extended through and including August 16, 2021. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ep4) (Entered: 06/15/2021) |
| 06/15/2021 | Ï | Reset Deadlines: Apple Inc. answer due 8/16/2021. (lad) (Entered: 06/15/2021) |
| 06/16/2021 | Ï 11 | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 06/18/2021 | Ï 12 | AMENDED COMPLAINT against Apple Inc. amending 1 Complaint,., filed by Scramoge Technology Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Mirzaie, Reza) (Entered: 06/18/2021) |
| 06/18/2021 | Ï 13 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Mirzaie, Reza) (Entered: 06/18/2021) |
| 06/18/2021 | Ï 14 | NOTICE of Attorney Appearance by Brett E Cooper on behalf of Scramoge Technology Limited. Attorney Brett E Cooper added to party Scramoge Technology Limited(pty:pla) (Cooper, Brett) (Entered: 06/18/2021) |
| 06/18/2021 | Ï 15 | MOTION to Appear Pro Hac Vice by Jonathan Ma *for Drew B. Hollander* ( Filing fee $ 100 receipt number 0542−14930436) by on behalf of Scramoge Technology Limited. (Ma, Jonathan) (Entered: 06/18/2021) |
| 06/18/2021 | Ï 16 | MOTION to Appear Pro Hac Vice by Jonathan Ma *for Seth R. Hasenour* ( Filing fee $ 100 receipt number 0542−14930437) by on behalf of Scramoge Technology Limited. (Ma, Jonathan) (Entered: 06/18/2021) |
| 06/21/2021 | Ï | Text Order GRANTING 15 & 16 Motions to Appear Pro Hac Vice entered by Judge Alan D Albright. Before the Court are the Motions for Admission Pro Hac Vice. The Court, having reviewed the Motions, finds they should be GRANTED and therefore orders as follows: IT IS |

| | | |
|---|---|---|
| | | ORDERED the Motions for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicants, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ep4) (Entered: 06/21/2021) |
| 07/19/2021 | Ï 17 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Alton L. Absher III* ( Filing fee $ 100 receipt number 0542−15028233) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 07/19/2021) |
| 07/19/2021 | Ï 18 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Mansi H. Shah* ( Filing fee $ 100 receipt number 0542−15028260) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 07/19/2021) |
| 07/19/2021 | Ï 19 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Amanda N. Brouillette* ( Filing fee $ 100 receipt number 0542−15028279) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 07/19/2021) |
| 07/19/2021 | Ï 20 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Rishi Gupta* ( Filing fee $ 100 receipt number 0542−15028294) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 07/19/2021) |
| 07/19/2021 | Ï 21 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Kasey E. Koballa* ( Filing fee $ 100 receipt number 0542−15028309) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 07/19/2021) |
| 07/19/2021 | Ï 22 | NOTICE *of Appearance of Additional Counsel* by Apple Inc. (Ravel, J.) (Entered: 07/19/2021) |
| 07/20/2021 | Ï | Text Order GRANTING 17 , 18 , 19 , 20 , and 21 Motions to Appear Pro Hac Vice. Before the Court are the Motions for Admission Pro Hac Vice. The Court, having reviewed the Motions, finds they should be GRANTED and therefore orders as follows: IT IS ORDERED the Motions for Admission Pro Hac Vice are GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ep4) (Entered: 07/20/2021) |
| 07/20/2021 | Ï 23 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Christopher P. Schaffer* ( Filing fee $ 100 receipt number 0542−15033128) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 07/20/2021) |
| 07/20/2021 | Ï 24 | NOTICE *of Appearance of Additional Counsel* by Apple Inc. (Ravel, J.) (Entered: 07/20/2021) |
| 07/27/2021 | Ï | Text Order GRANTING 23 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright.(This is a text−only entry generated by the court. There is no document associated with this entry.) (ep4) (Entered: 07/27/2021) |

| | | |
|---|---|---|
| 08/06/2021 | Ï 25 | Unopposed MOTION for Extension of Time to File Response/Reply as to 12 Amended Complaint, by Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 08/06/2021) |
| 08/09/2021 | Ï | Text Order GRANTING 25 Motion for Extension of Time to File Response/Reply entered by Judge Alan D Albright. BE IT REMEMBERED on this day, there was presented to the Court the Unopposed Motion for Extension of Time to File a Response to Plaintiffs Amended Complaint for Defendant Apple Inc. (Apple), and the Court, having reviewed the motion, enters the following order: IT IS ORDERED that the Unopposed Motion for Extension of Time to File a Response to Plaintiffs Amended Complaint is GRANTED, and Defendants deadline to respond to the Amended Complaint is extended through and including August 23, 2021. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ep4) (Entered: 08/09/2021) |
| 08/09/2021 | Ï | Reset Deadlines: Apple Inc. answer due 8/23/2021. (ls) (Entered: 08/09/2021) |
| 08/20/2021 | Ï 26 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Steven D. Moore* ( Filing fee $ 100 receipt number 0542−15139434) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 08/20/2021) |
| 08/20/2021 | Ï 27 | NOTICE *of Appearance of Additional Counsel* by Apple Inc. (Ravel, J.) (Entered: 08/20/2021) |
| 08/20/2021 | Ï | Text Order GRANTING 26 Motion to Appear Pro Hac Vice for Attorney Steven D. Moore for Apple Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jc5) (Entered: 08/20/2021) |
| 08/23/2021 | Ï 28 | Unopposed MOTION to Dismiss *Injunctive Relief Claims of Plaintiff Scramoge Technology Ltd* by Apple Inc.. (Absher, Alton) (Entered: 08/23/2021) |
| 08/25/2021 | Ï 29 | NOTICE *OF NON−OPPOSITION TO DEFENDANTS MOTION TO DISMISS REQUEST FOR PERMANENT INJUNCTION* by Scramoge Technology Limited re 28 Unopposed MOTION to Dismiss *Injunctive Relief Claims of Plaintiff Scramoge Technology Ltd* (Mirzaie, Reza) (Entered: 08/25/2021) |
| 08/30/2021 | Ï 30 | STATUS REPORT *Case Readiness Status Report* by Scramoge Technology Limited. (Mirzaie, Reza) (Entered: 08/30/2021) |
| 08/31/2021 | Ï | Text Order GRANTING 28 Motion to Dismiss entered by Judge Alan D Albright. Plaintiff Scramoge Technology Limited withdrew its request for a permanent injunction as part of the relief for its claims of direct patent infringement. Accordingly, Defendants motion is GRANTED and Plaintiffs request for a permanent injunction is dismissed without prejudice. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ep4) (Entered: 08/31/2021) |
| 09/14/2021 | Ï 31 | ANSWER to 12 Amended Complaint, with Jury Demand by Apple Inc..(Ravel, J.) (Entered: 09/14/2021) |
| 09/27/2021 | Ï 32 | Proposed Scheduling Order by Scramoge Technology Limited. (Attachments: # 1 Proposed Order)(Mirzaie, Reza) (Entered: 09/27/2021) |
| 09/28/2021 | Ï 33 | SCHEDULING ORDER: Markman Hearing set for 3/8/2022 09:00 AM before Judge Alan D Albright. Joinder of Parties due by 4/5/2022. Amended Pleadings due by 6/14/2022. Dispositive and |

| | | |
|---|---|---|
| | | Daubert Motions due by 12/6/2022. Signed by Judge Alan D Albright. (ir) (Entered: 09/28/2021) |
| 10/08/2021 | Ï 34 | Standing Order Regarding Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (Entered: 10/13/2021) |
| 11/11/2021 | Ï 35 | NOTICE *of IPR Petitions* by Scramoge Technology Limited re 34 Order (Mirzaie, Reza) (Entered: 11/11/2021) |
| 11/12/2021 | Ï 36 | MOTION for Leave to Exceed Page Limitation *Motion to Expand Page Limits* by Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 11/12/2021) |
| 11/12/2021 | Ï 37 | Sealed Motion SEALED Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) by Apple Inc. (Attachments: # 1 Affidavit Mark Rollins Declaration, # 2 Affidavit Mansi H. Shah Declaration, # 3 Proposed Order) (Ravel, J.) (Entered: 11/12/2021) |
| 11/15/2021 | Ï 38 | ORDER GRANTING 36 Motion for Leave to File Excess Pages. Apple may expand the page limit for its Sealed Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) from fifteen pages to no more than eighteen pages. Signed by Judge Alan D Albright. (ir) (Entered: 11/15/2021) |
| 11/18/2021 | Ï 39 | NOTICE *of Pending Venue Discovery* by Scramoge Technology Limited re 37 Sealed Motion SEALED Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) by Apple Inc. (Mirzaie, Reza) (Entered: 11/18/2021) |
| 12/20/2021 | Ï 40 | MOTION to Appear Pro Hac Vice by J. Stephen Ravel *on behalf of Andrew W. Rinehart* ( Filing fee $ 100 receipt number 0542−15551533) by on behalf of Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 12/20/2021) |
| 12/20/2021 | Ï 41 | NOTICE *Notice of Appearance of Additional Counsel* by Apple Inc. (Ravel, J.) (Entered: 12/20/2021) |
| 12/28/2021 | Ï | Text Order GRANTING 40 Motion to Appear Pro Hac Vice for Attorney Andrew W. Rinehart for Apple Inc.. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ir) (Entered: 12/29/2021) |
| 01/07/2022 | Ï 42 | NOTICE *of IPR Petitions* by Scramoge Technology Limited re 34 Order (Mirzaie, Reza) (Entered: 01/07/2022) |
| 01/07/2022 | Ï 43 | Opening Claim Construction Brief by Apple Inc.. (Attachments: # 1 Affidavit Brouillette Declaration, # 2 Exhibit A, # 3 Exhibit B)(Ravel, J.) (Entered: 01/07/2022) |
| 01/07/2022 | Ï 44 | Joint Claim Construction Brief or Statement by Apple Inc.. (Attachments: # 1 Exhibit A)(Ravel, J.) (Entered: 01/07/2022) |
| 01/11/2022 | Ï 45 | STIPULATION *JOINT STIPULATION OF DISMISSAL OF CERTAIN ASSERTED PATENT* by Scramoge Technology Limited. (Mirzaie, Reza) (Entered: 01/11/2022) |
| 01/28/2022 | Ï 46 | BRIEF *RESPONSIVE CLAIM CONSTRUCTION BRIEF* regarding 43 Claim Construction Brief by Scramoge Technology Limited. (Attachments: # 1 Declaration of Drew B. Hollander, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Cooper, Brett) (Entered: 01/28/2022) |
| 01/28/2022 | Ï 47 | BRIEF *RESPONSIVE CLAIM CONSTRUCTION BRIEF* regarding 44 Claim Construction Brief by Scramoge Technology Limited. (Attachments: # 1 Declaration of Drew B. Hollander, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8)(Cooper, Brett) (Entered: 01/28/2022) |
| 02/03/2022 | Ï 48 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before Judge Alan D Albright: Discovery Hearing held on 2/3/2022. Case called for Discovery Hearing. The parties argued their discovery issues. The Court made ruling on the discovery issues. (Minute entry documents are not available electronically.) (Court Reporter Kristie Davis.)(ir) (Entered: 02/03/2022) |
| 02/03/2022 | Ï 49 | TRANSCRIPT REQUEST by Scramoge Technology Limited for proceedings held on 2/3/2022. Proceedings Transcribed: Discovery Hearing. Court Reporter: Kristie Davis. (Mirzaie, Reza) (Entered: 02/03/2022) |
| 02/04/2022 | Ï 50 | Transcript filed of Proceedings held on 2−3−22, Proceedings Transcribed: Discovery Hearing (Zoom). Court Reporter/Transcriber: Kristie Davis, Telephone number: 254−340−6114, Email: kmdaviscsr@yahoo.com. (kd) (Entered: 02/04/2022) |
| 02/04/2022 | Ï 51 | Joint MOTION for Entry of Confidentiality and Protective Order by Scramoge Technology Limited. (Attachments: # 1 Exhibit A − Proposed Protective Order)(Mirzaie, Reza) (Entered: 02/04/2022) |
| 02/04/2022 | Ï 52 | CORRECTED MOTION for Entry of Confidentiality and Protective Order *Jointly filed* by Scramoge Technology Limited. (Attachments: # 1 Exhibit A − Proposed Protective Order)(Mirzaie, Reza) (Entered: 02/04/2022) |
| 02/07/2022 | Ï 53 | ORDER, (Markman Hearing set for 3/8/2022 09:00 AM before Judge Alan D Albright). Signed by Judge Alan D Albright. (bot1) (Entered: 02/07/2022) |
| 02/08/2022 | Ï 54 | STATUS REPORT *Status Report Pursuant to Second Amended Standing Order Regarding Motions for Inter−District Transfer* by Apple Inc.. (Ravel, J.) (Entered: 02/08/2022) |
| 02/11/2022 | Ï 55 | ORDER REGARDING PLAINTIFFS VENUE INTERROGATORIES AND REQUESTS FOR PRODUCTION. Signed by Judge Alan D Albright. (ir) (Entered: 02/11/2022) |
| 02/11/2022 | Ï 56 | SCHEDULING ORDER: Markman Hearing set for 5/23/2022 09:00 AM before Judge Alan D Albright. Signed by Judge Alan D Albright. (zv) (Entered: 02/11/2022) |
| 02/11/2022 | Ï 57 | Reply Claim Construction Brief regarding 44 Claim Construction Brief by Apple Inc.. (Ravel, J.) (Entered: 02/11/2022) |
| 02/11/2022 | Ï 58 | Reply Claim Construction Brief regarding 43 Claim Construction Brief by Apple Inc.. (Attachments: # 1 Affidavit Brouillette Declaration, # 2 Exhibit C, # 3 Exhibit D)(Ravel, J.) (Entered: 02/11/2022) |
| 02/17/2022 | Ï 59 | NOTICE *of Agreed Extension of Deadline to Complete Jurisdictional Discovery* by Scramoge Technology Limited re 37 Sealed Motion SEALED Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) by Apple Inc., 55 Order, 39 Notice (Other) (Mirzaie, Reza) (Entered: 02/17/2022) |
| 02/25/2022 | Ï 60 | NOTICE *of Agreed Extension of Deadline to Submit Technical Tutorials* by Scramoge Technology Limited re 56 Scheduling Order (Mirzaie, Reza) (Entered: 02/25/2022) |
| 02/25/2022 | Ï 61 | AGREED PROTECTIVE ORDER REGARDING THE DISCLOSURE AND USE OF DISCOVERY MATERIALS. Signed by Judge Alan D Albright. (sv) (Entered: 02/25/2022) |
| 02/25/2022 | Ï 62 | BRIEF */Scramoge's Sur Reply Claim Construction Brief* regarding 58 Claim Construction Brief by Scramoge Technology Limited. (Attachments: # 1 Affidavit of Drew Hollander, # 2 Exhibit 5)(Cooper, Brett) (Entered: 02/25/2022) |
| 02/25/2022 | Ï 63 | BRIEF */Scramoge's Sur Reply Claim Construction Brief* regarding 57 Claim Construction Brief by Scramoge Technology Limited. (Cooper, Brett) (Entered: 02/25/2022) |
| 02/28/2022 | Ï 64 | NOTICE *OF AGREED EXTENSION OF DEADLINE TO SUBMIT JOINT CLAIM CONSTRUCTION STATEMENT* by Apple Inc. (Absher, Alton) (Entered: 02/28/2022) |

| | | |
|---|---|---|
| 03/07/2022 | ï 65 | NOTICE *of Agreed Extension of Deadline to Complete Jurisdictional Discovery* by Scramoge Technology Limited re 37 Sealed Motion SEALED Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) by Apple Inc., 55 Order, 39 Notice (Other), 59 Notice (Other), (Mirzaie, Reza) (Entered: 03/07/2022) |
| 03/08/2022 | ï 66 | NOTICE of Change of Address by Mansi H. Shah (Shah, Mansi) (Entered: 03/08/2022) |
| 03/10/2022 | ï | Parties shall comply with Judge Albright's updated standing orders and COVID−19 standing order available by clicking the included hyperlinks.<br><br>The updated orders are as follows:<br>1. Standing Order Regarding Notice of Readiness for Patent Cases 030722,<br>2. Standing Order on Pretrial Procedures and Requirements in Civil Cases 030722,<br>3. Standing Order Governing Proceedings 4.0 – Patent Cases 030722,<br>4. Amended Standing Order Regarding Coronavirus (COVID−19) and Court Proceedings,<br>5. Amended Standing Order Regarding Joint Or Unopposed Request To Change Deadlines 030722,<br>6. Amended Standing Order Regarding Filing Documents Under Seal and Redacted Public Versions 030722. (jkda) (Entered: 03/10/2022) |
| 03/22/2022 | ï 67 | Sealed Document: PLAINTIFF SCRAMOGE TECHNOLOGY LTD.S OPPOSITION TO APPLES MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. 1404(a) of 37 Sealed Motion SEALED Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) by Apple Inc. by Scramoge Technology Limited (Attachments: # 1 Affidavit of Drew Hollander, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12) (Mirzaie, Reza) (Entered: 03/22/2022) |
| 03/29/2022 | ï 68 | Redacted Public Version *of Plaintiff Scramoge Technology Ltd.'s Opposition to Apple's Motion to Transfer Venue Pursuant to 28 U.S.C. Sec. 1404(a)* of 67 Sealed Document,, by Scramoge Technology Limited. (Attachments: # 1 Affidavit of Drew Hollander, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7 – Cover Sheet, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12)(Mirzaie, Reza) (Entered: 03/29/2022) |
| 04/01/2022 | ï 69 | NOTICE *Notice of Unopposed Extension of Deadline* by Apple Inc. (Ravel, J.) (Entered: 04/01/2022) |
| 04/12/2022 | ï 70 | STIPULATION *Regarding Technical Tutorials* by Scramoge Technology Limited. (Cooper, Brett) (Entered: 04/12/2022) |
| 04/13/2022 | ï 71 | Unopposed MOTION *Unopposed Motion to Expand Page Limits for Reply* re 37 Sealed Motion SEALED Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) by Apple Inc. by Apple Inc.. (Attachments: # 1 Proposed Order)(Ravel, J.) (Entered: 04/13/2022) |
| 04/13/2022 | ï 72 | Sealed Document: SEALED Reply ISO 37 SEALED Motion to Transfer Venue of 37 Sealed Motion SEALED Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) by Apple Inc. by Apple Inc. (Attachments: # 1 Sealed Document Rollins Declaration) (Ravel, J.) (Entered: 04/13/2022) |
| 04/14/2022 | ï 73 | Standing Order Regarding Order Governing Proceedings Patent Cases. Signed by Judge Alan D Albright. (Entered: 04/14/2022) |
| 04/20/2022 | ï 74 | AMENDED ANSWER to 12 Amended Complaint, *First Amended Answer to First Amended Complaint for Patent Infringement* by Apple Inc.. (Ravel, J.) (Entered: 04/20/2022) |
| 04/25/2022 | ï 75 | STATUS REPORT *Status Report Pursuant to Second Amended Standing Order Regarding Motions for Inter−District Transfer* by Apple Inc.. (Ravel, J.) (Entered: 04/25/2022) |

| 05/02/2022 | 76 | BRIEF *JOINT CLAIM CONSTRUCTION STATEMENT* by Scramoge Technology Limited. (Cooper, Brett) (Entered: 05/02/2022) |
|---|---|---|
| 05/04/2022 |  | Text Order GRANTING 71 Motion for extra pages entered by Judge Alan D Albright. Accordingly, it is ORDERED that Apple may expand the page limits from five to no more than eight in its reply to Scramoge's Sealed Response to Apples venue motion. (This is a text−only entry generated by the court. There is no document associated with this entry.) (PTlc) (Entered: 05/04/2022) |
| 05/17/2022 | 77 | Sealed Order. Signed by Judge Alan D Albright. (sv) (Entered: 05/17/2022) |