UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

www.cand.uscourts.gov

Mark B. BusbyGeneral Court Number
Acting Clerk of Court510-637-3530

May 24, 2022

CASE TITLE: Scramoge Technology Limited v. Apple Inc.

CASE NUMBER: 22-cv-03041-SVK

RECEIVED FROM: Western District of Texas; Case 6:21-cv-00579-ADA

TO COUNSEL OF RECORD:

The above entitled action has been transferred to this District. All future filings should reflect the above case number.

Sincerely,

Mark B. Busby, Clerk of Court

by: Kiilani Kealalio-Puli
Case Systems Administrator
(510) 637-3537