UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Scramoge Technology Limited ,

Plaintiff(s),

v.

Apple Inc. ,

Defendant(s).

Case No. 3:22-cv-03041-SK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alton L. Absher III , an active member in good standing of the bar of North Carolina , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Apple Inc. in the above-entitled action. My local co-counsel in this case is Mansi H. Shah , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 244669 .

| | |
|---|---|
| 1001 W. Fourth Street<br>Winston-Salem, NC 27101-2400 | 1302 El Camino Real, Suite 175<br>Menlo Park, CA 94025 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (336) 607-7300 | (650) 752-2445 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| aabsher@kilpatricktownsend.com | mansi.shah@kilpatricktownsend.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36579 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: 26 May 2022                              Alton L. Absher III
                                                     APPLICANT
5

6   ═══════════════════════════════════════════════

7

8                   ORDER GRANTING APPLICATION

9               FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11           IT IS HEREBY ORDERED THAT the application of  Alton L. Absher III          is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: May 27, 2022

16

17                                    _____
                                            Sallie Kim
18                              UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

Updated 11/2021                          2